Civil Action
Docket # _____



FILED
UNDER
SEAL

# UNITED STATES DISTRICT COURT

## FOR THE JUDICIAL DISTRICT OF COLUMBIA

Jane Doe and John Doe
v.
4 district court judges

Original mandamus to clerk
Damages against 4 judges
Jury for damages
trial

Application
Seal case

EMERGENCY

| Dated: Thursday, May 13, 2022



ii

TO THE HONORABLE JUDGE OF THE
D.C. DISTRICT COURT:

The above named plaintiffs
with respect to the within
yet undocketed case
RESPECTFULLY REQUEST:

Seal Case

Dated ___Thursday, May 12, 2022___
Signed ___Stephen W____ Pro Se___
Signed ___Salt4p___
Shushean Wong, David Koplow
Shushean Wong, 419 Old Colony Avenue
#440 South Boston, Massachusetts 02127
EMERGENCY                    (iii)