Leave to file GRANTED

James E. Boasberg   Date
United States District Judge

Civil Action
Docket # 22:1-cv-01434



FILED UNDER SEAL

UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF COLUMBIA

RECEIVED
Mail Room
MAY 25 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

copy given to clerk for TRO

CHANCERY

EMERGENCY
HURRY UP.
EMERGENCY
LOOK AT MY
PAPER
HELP US
HELP US

VERY IMPORTANT

Jane Doe and John Doe
v.
4 district court judges

Original mandamus to clerk
Damages against 4 judges
Jury for damages trial

Application to chancery
Issue T.R.O. to clerk:
Prohibit denial of obligation
to constitution: Enroll
within case on regular
civil docket, issue summons.

Dated: Monday, May 24, 2022

TO THE HONORABLE
CHANCELLOR IN EQUITY:

Before whom chicanerry is of no avail,

Who can peel truth from the lips of sinners,

The above named plaintiffs with respect to the above docketed action

RESPECTFULLY REQUEST:

Issue TRO against clerk of court to prohibit denial of obligation to constitution:

To issue summons and enroll <u>within</u> case on regular civil docket.

"The judicial Power shall extend to all Cases"

## FACTS NECESSARY TO SUPPORT TRO

① Clerk has been instructed by judges to mark docket **CASE TERMINATED**

② before case is enrolled on regular civil docket and summons issued.

③ Constitution imposes a ministerial duty on clerk to enroll case and issue summons as a matter of course.

④ Clerk denies obligation to constitution, refuses to enroll <u>within</u> case and issue summons.

⑤ Clerk recognizes only obligation to judges of

the court.

⑥ Preliminary injunction requires issuance of summons and enrollment of case on regular civil docket.

⑦ This is not possible. The clerk refuses to issue summons <u>unless</u> TRO to produce summons and enroll on regular civil docket.

⑧ Issuance of summons and enrollment of <u>within</u> case on regular civil docket

⑨ enables the <u>within</u> original mandamus to be sued out and the court to receive jurisdiction to the full extent of the constitution, laws, ~~treaties~~ of the United ~~States~~ to decide <u>within case</u>.

① This case arises over what we call violent domestic terrorists within Massachusetts State government, State corruption that victimizes children and families.

② 23 years ago, March 23, 2001, 35 people of state government forced themselves into Jane Doe's public apartment, punched her in the face, and kidnapped her 10 year old daughter. They violently seperated the child from her natural parents and locked away the child in state programs deceptivly represented as good for the children."

③ She still remains locked up, seperated from her mother; now for 23 years plus.

④ We need protection of Attorney General against the violent state conspiracy that commits serious federal crime against children and their parents, Jane Doe, mother.

⑤ On Monday, June 21, 2021, we sent a case here by mail to get to Merrick Garland entitled:

| Jane Doe and John Doe v. Merrick Garland et al |
|---|

⑥ Instead of to do what the Constitution says.

⑦ to enroll case and issue summons, the clerk did just the opposite.

⑧ The clerk withdrew the case from the jurisdiction of the court

⑨ and marked the docket

⑩ **CASE TERMINATED**
**7/8/21**

⑪ 17 days after we mailed case to D.C. district court,

⑫ On Thursday, May ~~18~~ May 12, 2022, original mandamus against clerk mailed to court entitled:

⑬
| Jane Doe and John Doe |
| v. |
| 4 judges et. al |

| Original mandamus |
| damages against |
| judges, jury trial |

(14) to force clerk to follow constitution and enroll first case sent down to get Merrick Garland to protect us from State corruption and federal crime. and issue summons for—

(15) the case mailed on Monday, June 21, 2021 for protection.

May 17

(16) (Thursday, May 19, 2022) → (Monday, June 21, 2021) = relief

(17) But in order for summons to be served on clerk for original mandamus to force clerk to follow constitution and enroll first case

(18) the clerk must enroll mandamus case against himself and issue summons to be served on himself.

(19) THIS MAKES NO SENSE AND IS UNLIKELY TO HAPPEN

(14) to force clerk to follow constitution and enroll first case sent down to get Merrick Garland to protect us from state corruption and federal crime. and issue summons for—

(15) the case mailed on Monday, June 21, 2021 for protection.

(16) (Thursday, May 19, 2022) → (Monday, June 21, 2021) — relief

(17) But in order for summons to be served on clerk for original mandamus to force clerk to follow constitution and enroll first case

(18) the clerk must enroll mandamus case against himself and issue summons to be served on himself.

(19) THIS MAKES NO SENSE AND IS UNLIKELY TO HAPPEN

20) John Doe spoke with the clerk on the telephone Thursday, May 26, 2022.

21) The clerk said: "Your case first must go to the "motion judge" before case is enrolled and summons issued."

23) Just like in the first case for protection.

24) John Doe replied: "The Constitution has no "motion judge," only a whole entire case judge."

25) The clerk said: "The case first must go to motion judge who will decide your motion to seal case pesuant to local rule of civil procedure."

26) The only simple, complete solution is to resort to interposition of EQUITY, in form of TRO

28) The local rule is plainly repugnant to constitution

29) The duty of the clerk to enroll case, issue summons, a ministerial act required by constitution, is expressed in the constitution. —

30) "The judicial power shall be extended to all cases etc."

31) There is no such thing as a "motion" judge" under constitution.

32) There is only a "whole case judge"

33) Equity considers done what should be done

34) Issue TRO to clerk to enroll BOTH first and second case on regular civil docket, co-extential with judicial power.

㊱ [A] That way, constitutionality of Local Rule can be argued and declared repugnant to constitution

㊱ [B] Merrick Garland can be served and notified protection is needed.

㊲ The constitution says both first case and second case must be enrolled, but a single clerk stands in the way of fairness.

㊳ In the first case, Equity will enroll first case and issue summons for Merrick Garland's protection, <u>to be a defendant</u>

㊴ In the second mandamus case, Equity becomes the clerk, and enrolls mandamus against clerk

㊵ and unconstitutional Court rule clerk relys on and makes clerk a <u>defendant.</u> <u>in second mandamus case</u>

(41) against clerk so court can receive jurisdiction to the full extent of the constitution, laws and treaties to decide second case against clerk as defendant

(42) Equity works in wholes, not halves.

(43) To have equity enroll mandamus case only and issue summons on clerk to force clerk to follow constitution takes unnecessary delay and procedure

(44) In a single stroke BOTH problems are solved, BINGO!

(45) Equity is fairness to all There is no delay to notify Merrick Garland. He will respond. Meanwhile, safely, full arguments can be submitted to the judge.

**AFFIDAVIT**

I declare under penalty of perjury the foregoing is true by personal knowledge

Dated: Monday, May 24, 2022

Signed: _____

Signed: _____

Shushean Wong, David Koplow

Shushean Wong, 419 Old Colony Avenue, #440, South Boston, Massachusetts 02127